In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-356 CV


____________________



DONALD S. STIRMAN, INDIVIDUALLY, AND


DONALD S. STIRMAN, P.C., d/b/a


STIRMAN, KENNEDY & HIRD, P.C., Appellants



V.



NATIONAL CAR CARE, INC., Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 05-09-07970-CV






 MEMORANDUM OPINION 


 On August 31, 2006, we notified the parties that the appellants had expressed an intent
to decline to prosecute the appeal. We notified the parties that the appeal would be dismissed
unless another party filed notice of appeal or we received notice that the appeal should
continue. No response has been filed. There being no grounds presented for continuing the
appeal, the appeal is dismissed. Tex. R. App. P. 42.3. Costs are assessed against appellant.

 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered October 19, 2006 

Before McKeithen, C.J., Gaultney and Horton, JJ.